Paul Caleo, CASB# 153925
Aimee Hamoy-Perera, CASB# 221228
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666
Email:          pcaleo@burnhambrown.com
                    ahamoy-perera@burnhambrown.com

Attorneys for Defendant
THE HOME DEPOT, USA.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT G. SANCHEZ, | No. 1:10-cv-01648 LJO DLB |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |
| v. | |
| THE HOME DEPOT, US.A., | |
| Defendants. | Trial:     May 21, 2012 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTE that the Joint Stipulation to Continue Mandatory Settlement Conference was considered by this Court.

THE COURT HEREBY ORDERS that the stipulation be GRANTED.

The Court orders that the new Mandatory Settlement Conference shall be as follows:

The new Mandatory Settlement Conference date shall be:

September 27, 2011 at 10:00 am. In Courtroom 9.

IT IS SO ORDERED.

Dated:   **March 4, 2011**                              /s/ Dennis L. Beck
                                                                 UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
[PROPOSED] ORDER GRANTING JOINT STIPULATION          1:10-cv-01648 LJO DLB
TO CONTINUE MANDATORY SETTLEMENT CONFERENCE