IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SANCHEZ,<br><br>           Plaintiff,<br><br>     vs.<br><br>THE HOME DEPOT, U.S.A., INC., et al.,<br><br>           Defendants.<br>_____/ | CASE NO. CV F 10-1648 LJO DLB<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY ORDER<br>(Docs. 19.) |

The parties have disobeyed this Court's February 15, 2012 order to file papers, no later than March 16, 2012, to dismiss this action or to show good chase why this action has not been dismissed. This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, this Court ORDERS the parties, no later than March 26, 2012, to file papers to show cause why sanctions, including dismissal of this action, entry of default against defendants, or monetary sanctions, should not be imposed for disobedience of the February 15, 2012 order. This order to show cause will be discharged if, no later than March 26, 2012, papers are filed to dismiss this action in its entirety.

Moreover, if the parties fail to complete settlement, this Court will explore resetting trial as soon as possible and if necessary, reassigning this action to another district judge, including one from the Sacramento division or another district, to expedite trial.

This Court ADMONISHES the parties and counsel that they are required to observe and comply

with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:   March 19, 2012**                              /s/ Lawrence J. O'Neill
                                                                          UNITED STATES DISTRICT JUDGE