Paul Caleo, CASB# 153925
Aimee Hamoy-Perera, CASB# 221228
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone:  (510) 444-6800
Facsimile:  (510) 835-6666
Email:  pcaleo@burnhambrown.com
        ahamoy-perera@burnhambrown.com

Attorneys for Defendant
THE HOME DEPOT, USA.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. SANCHEZ, | No. 1:10-cv-01648 LJO DLB |
| Plaintiff, | **REQUEST FOR DISMISSAL AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| THE HOME DEPOT, US.A., | |
| Defendants. | |

TO THE COURT AND ALL PARTIES HEREIN:  The matter has settled and the parties have agreed to a dismissal with prejudice of this Action in exchange for a mutual waiver of costs.

DATED:  March 22, 2012                               BURNHAM BROWN


                                                     By /s/ Aimee Hamoy-Perera
                                                         AIMEE HAMOY-PERERA
                                                         Attorneys for Defendant
                                                         HOME DEPOT U.S.A., INC.

1

DATED: March 22, 2012                    LAW OFFICES OF DEBRA KOVEN


                                          By /s/ Debra Koven
                                            DEBRA KOVEN
                                            Attorneys for Plaintiff
                                            ROBERT SANCHEZ


   Pursuant to the parties' stipulation IT IS ORDERED that:

   The action be, and hereby is, dismissed with prejudice.  The Clerk of the Court is ordered to close the file.


IT IS SO ORDERED.

   Dated:   **March 21, 2012**                    /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

REQUEST FOR DISMISSAL AND ORDER                    Case 1:10-cv-1648-LJO-
DISMISSING ENTIRE ACTION WITH PREJUDICE            DLB