1  Paul Caleo, CASB# 153925
   Aimee Hamoy-Perera, CASB# 221228
2  BURNHAM BROWN
   A Professional Law Corporation
3  P.O. Box 119
   Oakland, California 94604
4  ---
   1901 Harrison Street, 14th Floor
5  Oakland, California  94612
   Telephone:    (510) 444-6800
6  Facsimile:    (510) 835-6666
   Email:        pcaleo@burnhambrown.com
7                ahamoy-perera@burnhambrown.com

8  Attorneys for Defendant
   THE HOME DEPOT, USA.
9

10

11

12                      UNITED STATES DISTRICT COURT

13                      EASTERN DISTRICT OF CALIFORNIA

14  ROBERT G. SANCHEZ,                      No. 1:10-cv-01648 LJO DLB

15           Plaintiff,                     **REQUEST FOR DISMISSAL AND
                                            ORDER DISMISSING ENTIRE
16  v.                                      ACTION WITH PREJUDICE**

17  THE HOME DEPOT, US.A.,

18           Defendants.

19

20        TO THE COURT AND ALL PARTIES HEREIN:  The matter has settled and the parties

21  have agreed to a dismissal with prejudice of this Action in exchange for a mutual waiver of

22  costs.

23
    DATED:  March 22, 2012                  BURNHAM BROWN
24

25

26                                          By /s/ Aimee Hamoy-Perera
                                               AIMEE HAMOY-PERERA
27                                             Attorneys for Defendant
                                               HOME DEPOT U.S.A., INC.
28
                                          1
    REQUEST FOR DISMISSAL AND ORDER               Case 1:10-cv-1648-LJO-
    DISMISSING ENTIRE ACTION WITH PREJUDICE       DLB

1

2    DATED:  March 22, 2012                    LAW OFFICES OF DEBRA KOVEN

3

4

5                                              By /s/ Debra Koven
                                               DEBRA KOVEN
6                                              Attorneys for Plaintiff
                                               ROBERT SANCHEZ
7

8
         Pursuant to the parties' stipulation IT IS ORDERED that:
9
         The action be, and hereby is, dismissed with prejudice.  The Clerk of the Court is ordered
10
to close the file.
11

12

13   IT IS SO ORDERED.

14
     Dated:   **March 21, 2012**              **/s/ Lawrence J. O'Neill**
15                                             UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR DISMISSAL AND ORDER                    Case 1:10-cv-1648-LJO-
DISMISSING ENTIRE ACTION WITH PREJUDICE            DLB